IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO


Civil Action No. 10-cv-00396-BNB

CHRISTOPHER GREEN,

    Plaintiff,

v.

U.S.P. FLORENCE INSTITUTIONAL STAFF, and
DISTRICT OF KENTUCKY "COURT" SHU LIEUTENANT,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's "Motion Asking Court to Consolidate/Amend Current Complaint With Initial Complaint in the District Court of Kentucky Eastern District Case/Civil No: 09-369-GFVT to Prevent Paying Any Additional Filing Fee or Filing the Same Civil Complaint in Another Court/Different Jurisdiction Under Duress" filed on March 3, 2010, is DENIED. If Plaintiff wishes to pursue any claims in this court in this action, he must cure the deficiencies as directed in the court's order filed in this action on February 23, 2010.

Dated: March 4, 2010