IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00396-BNB

CHRISTOPHER GREEN,

    Plaintiff,

v.

U.S.P. FLORENCE INSTITUTIONAL STAFF, and
DISTRICT OF KENTUCKY "COURT" SHU LIEUTENANT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2010

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, Christopher Green, initiated this action by filing *pro se* a document titled "'Duress' Motion to Relieve Inmate/Plaintiff of Unconstitutional Living Conditions and Relief of Continued Threat to the Health and Welfare of My Life and Safety See 28 C.F.R. § 542.18 'Plaintiff Under Duress.'" In an order filed on February 23, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Green to cure certain deficiencies if he wished to pursue his claims. Magistrate Judge Boland specifically ordered Mr. Green to file a Prisoner Complaint and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Green was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On March 3, 2010, Mr. Green filed a "Motion Asking Court to Consolidate/Amend Current Complaint With Initial Complaint in the District Court of Kentucky Eastern

District Case/Civil No: 09-369-GFVT to Prevent Paying Any Additional Filing Fee or Filing the Same Civil Complaint in Another Court/Different Jurisdiction Under Duress." On March 4, 2010, Magistrate Judge Boland entered a minute order denying Mr. Green's March 3 motion to consolidate this action with Mr. Green's pending case in the Eastern District of Kentucky and directing Mr. Green to cure the deficiencies designated in the February 23 order if he wished to pursue any claims in this Court. On March 15, 2010, Magistrate Judge Boland entered a minute order directing the clerk of the Court to resend a copy of the March 4 minute order to Plaintiff using the correct prisoner number.

Mr. Green has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED: March 30, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00396-BNB

Christopher Green
Reg No. 09462-021
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226-7000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** o the above-named individuals on 3/31/10

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                     Deputy Clerk